# IN THE SUPREME COURT OF THE STATE OF NEVADA

JULIE L. HAMMER; GONZALO
GALINDO, A/K/A GONZALO I.
GALINDO-MILAN, HUSBAND AND
WIFE,

Appellants,

vs.

MARY JOHANNA RASMUSSEN,

Respondent.

No. 73999

**FILED**

OCT 0 3 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK



## ORDER DISMISSING APPEAL

This is a pro se appeal from the "Clarified Final Order Resolving Parent Child Issues" and from several prior interlocutory orders. Eighth Judicial District Court, Family Court Division, Clark County; Frank P. Sullivan, Judge; Eighth Judicial District Court, Family Court Division, Clark County; Charles J. Hoskin, Judge; Eighth Judicial District Court, Clark County; Gayle Nathan, Judge; Eighth Judicial District Court, Family Court Division, Clark County; Lisa M. Brown, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals jurisdictional defects. Specifically, the notice of appeal appears to be untimely filed under NRAP 4(a) because it was filed more than thirty days after service of written notice of entry of the orders. *See* NRAP 4(a)(1); NRAP 26(c). The district court entered the "Clarified Final Order Resolving Parent Child Issues" on November 22, 2013; written notice of entry was also filed on November 22, 2013. Appellants filed the notice of appeal on September 10, 2017, and an amended notice of appeal on September 12, 2017, nearly four years after entry of the order appealed from. The new notice of entry, prepared by appellants and filed and served on respondent on August 25, 2017, does not cure the untimeliness. The

17-33536

same issue exists for the previous interlocutory orders identified in the notice of appeal.

With respect to the order regarding the child's school, filed August 11, 2017, with written notice of entry filed and served on August 12, 2017, the order is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an order designating the child's school. We lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:  Hon. Gayle Nathan, District Judge
Hon. Frank P. Sullivan, District Judge, Family Court Division
Hon. Charles J. Hoskin, District Judge, Family Court Division
Hon. Lisa M. Brown, District Judge, Family Court Division
Gonzalo Galindo
Julie L. Hammer
Black & LoBello
Eighth District Court Clerk

---

[1]We deny as moot respondent's emergency motion to dismiss this appeal, and we deny respondent's request for sanctions.